NOVEMBER 3, 1993

No. 93–551.  CERNA *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari dismissed under this Court's Rule 46.

NOVEMBER 4, 1993

No. 93–231.  LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA *v.* LEVINGSTON ET AL.  Ct. App. Cal., 1st App. Dist.  Certiorari dismissed under this Court's Rule 46.

NOVEMBER 5, 1993

No. 92–787.  KUHN *v.* ISLAND CREEK COAL CO.  C. A. 6th Cir.  Certiorari dismissed under this Court's Rule 46.1.

NOVEMBER 8, 1993

No. —— – ——.  MERRELL *v.* SIMPSON ET AL.;
No. —— – ——.  JONES *v.* DALTON, SECRETARY OF THE NAVY;
No. —— – ——.  TRINSEY *v.* MITCHELL, SECRETARY OF COMMONWEALTH OF PENNSYLVANIA; and
No. —— – ——.  FIGURES *v.* FIGURES.  Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. A–357.  SHAPOURI *v.* IMMIGRATION AND NATURALIZATION SERVICE.  Application for stay, addressed to JUSTICE SOUTER and referred to the Court, denied.

No. D–1279.  IN RE DISBARMENT OF PIPKINS.  Disbarment entered.  [For earlier order herein, see 509 U. S. 936.]